Same case below, 368 Fed. Appx. 136.

**No. 09-11282. Roger Gordon, Petitioner v. State Bar of California, et al.**

562 U.S. 871, 131 S. Ct. 172, 178 L. Ed. 2d 103, 2010 U.S. LEXIS 7053.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 833.

**No. 09-11283. Richard Donnell Rudisill, Petitioner v. United States.**

562 U.S. 871, 131 S. Ct. 172, 178 L. Ed. 2d 103, 2010 U.S. LEXIS 6934.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 358 Fed. Appx. 421.

**No. 09-11286. James Douglas Clausell, Petitioner v. Lydell B. Sherrer, Administrator, Northern State Prison, et al.**

562 U.S. 871, 131 S. Ct. 172, 178 L. Ed. 2d 103, 2010 U.S. LEXIS 7069.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 594 F.3d 191.

**No. 09-11287. Kenneth Wayne Crowder, Petitioner v. Keith L. Davis, Warden.**

562 U.S. 872, 131 S. Ct. 173, 178 L. Ed. 2d 103, 2010 U.S. LEXIS 7005.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 357 Fed. Appx. 554.

**No. 09-11288. Kendrick Jermaine Fulton, aka Ken Fulton, Petitioner v. United States.**

562 U.S. 872, 131 S. Ct. 173, 178 L. Ed. 2d 103, 2010 U.S. LEXIS 6977,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-11289. Frederick W. Cummings-El, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 872, 131 S. Ct. 173, 178 L. Ed. 2d 103, 2010 U.S. LEXIS 6423.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 588 F.3d 1331.

**No. 09-11290. William John Mahan, Petitioner v. United States.**

562 U.S. 872, 131 S. Ct. 173, 178 L. Ed. 2d 103, 2010 U.S. LEXIS 6531.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 586 F.3d 1185. and 359 Fed. Appx. 743.